**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BIBEK TIMALSINA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:26-CV-476 SRW |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

This matter is before the Court on the Plaintiff Bibek Timalsina's Notice of Voluntary Dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i). ECF No. 2. In accordance with the Voluntary Dismissal, this matter is **DISMISSED** without prejudice.

So Ordered this 24th day of April, 2026.

**CRISTIAN M. STEVENS**
**UNITED STATES DISTRICT JUDGE**